1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JEFFREY J. PARKER, Cal. Bar No. 155377
3  WHITNEY JONES ROY, Cal. Bar No. 211541
   ABBY H. MEYER, Cal. Bar No. 294947
4  LOUISE DYBLE, Cal. Bar No. 312631
   333 South Hope Street, 43rd Floor
5  Los Angeles, California 90071-1422
   Telephone:    213.620.1780
6  Facsimile:    213.620.1398
   E mail        jparker@sheppardmullin.com
7                wroy@sheppardmullin.com
                 ameyer@sheppardmullin.com
8                ldbyle@sheppardmullin.com

9  Attorneys for Defendant
   HANSON AGGREGATES MID-PACIFIC,
10 INC., erroneously sued as Lehigh Hanson, Inc.

11                    UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 13  MICHAEL PERLMUTTER,<br>and RHIANNON, on behalf of themselves and<br>14  all others similarly situated,<br><br>15         Plaintiff,<br><br>16         v.<br><br>17  LEHIGH HANSON, INC. and DOES 1-20,<br><br>18         Defendant. | Case 4:21-cv-02571-HSG<br><br>*Assigned to: Hon. Haywood S. Gilliam, Jr.*<br><br>JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: September 14, 2021<br>Time: 2:00 p.m.<br>Courtroom: Oakland Courthouse,<br>Courtroom 2 – 4th Floor<br>1301 Clay Street, Oakland, CA 94612<br><br>Complaint filed:    April 9, 2021 |

Pursuant to Local Rules 6-1, 6-2 and 7-12, the Plaintiffs Michael Perlmutter and Rhiannon ("Plaintiffs"), and Defendant Hanson Aggregates Mid-Pacific, Inc. ("Hanson"), erroneously sued as Lehigh Hanson, Inc. ("Defendant"), through their undersigned counsel, respectfully submit this Stipulation and [Proposed] Order to continue the Case Management Conference in this action, currently scheduled for September 14, 2021 to October 26, 2021 or an available date soon thereafter. This stipulation is based on the following recitals:

WHEREAS, on September 3, 2021, the Court entered an order setting the Initial Case Management Conference for September 14, 2021 at 2:00 pm. (Dkt. 43);

WHEREAS, Jeffrey Parker and Whitney Jones Roy, lead trial counsel for Defendant, will be in trial on another matter on September 14, 2021 and expect to be in trial through October 22, 2021;

WHEREAS, the Parties have met and conferred and agreed that the Case Management Conference should be continued to October 26, 2021 at 2:00 pm or an available date soon thereafter;

WHEREAS, the Parties previously stipulated to extend Defendant's time to respond to the Complaint (Dkt. 15);

WHEREAS, the Court has not entered any other scheduling orders in this case, and therefore the requested continuance does not impact the calendar in this matter;

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that the Case Management Conference should be continued to October 26, 2021 at 2:00 pm or an available date soon thereafter.

1 **IT IS SO STIPULATED.**

2 Dated: September 9, 2021

3                 ARIAS SANGUINETTI WANG & TORRIJOS, LLP

5       By            */s/ Arnold C. Wang*

6                       MIKE M. ARIAS
                      ARNOLD C. WANG

7

8                 Attorneys for Plaintiffs MICHAEL PERLMUTTER and RHIANNON

9 Dated: September 9, 2021

10                 LIDDLE & DUBIN, P.C.

12       By            */s/ Laura L. Sheets*

13                       STEVEN D. LIDDLE
                      LAURA L. SHEETS

14                       ALBERT J. ASCIUTTO

15                 Attorneys for Plaintiffs MICHAEL PERLMUTTER and RHIANNON

16 Dated: September 9, 2021

17                 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19       By            */s/ Abby H. Meyer*

20                       JEFFREY J. PARKER
                      WHITNEY JONES ROY

21                       ABBY H. MEYER
                      LOUISE DYBLE

23                 Attorneys for Defendant
                HANSON AGGREGATES MID-PACIFIC, INC.,

24                 erroneously sued as Lehigh Hanson, Inc.

25 **ATTESTATION**

26 Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose

27 behalf this filing is submitted, concur in the filing's content and have authorized the filing.

28 Dated: September 9, 2021                       */s/ Abby H. Meyer*

## CASE MANAGEMENT ORDER

The above JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: 9/9/2021

_____
UNITED STATES DISTRICT JUDGE