1  **ARIAS SANGUINETTI WANG**
   **& TORRIJOS, LLP**
2  Mike M. Arias (SBN 115385)
3  Arnold C. Wang (SBN 204431)
   6701 Center Drive West, 14th Floor
4  Los Angeles, California 90045
   Telephone: (310) 844-9696
5  Facsimile:  (310) 861-0168

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PERLMUTTER, and RHIANNON, on behalf of themselves and all others similarly situated, <br><br>              Plaintiffs, <br><br>    v. <br><br> LEHIGH HANSON, INC, <br><br>              Defendant. | CASE NO. 4:21-cv-02571-HSG <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41; ORDER** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

   Plaintiffs Michael Perlmutter and Rhiannon ("Plaintiffs") and Defendant Hanson Aggregates Mid-Pacific, LLC, erroneously sued as Lehigh Hanson, Inc. ("Hanson"), through their respective counsel of record, hereby stipulate to Plaintiffs' voluntary dismissal of their claims with prejudice and the class claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and Hanson shall bear their own costs and attorneys' fees.

   **IT IS SO STIPULATED**.


Dated: March 3, 2023            **LIDDLE SHEETS COULSON P.C.**

                                *s/ Laura L. Sheets*
                                By: Laura L. Sheets
                                *Attorneys for Plaintiffs*

**SHEPPARD MULLIN**

s/ *Whitney Roy*
By: Whitney Roy
*Attorneys for Hanson*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to Plaintiffs' claims and without prejudice as to the class' claims, with each party bearing its own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: 3/6/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge